IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LUFKIN INDUSTRIES, INC., | § | |
| *Plaintiff*, | § § § | |
| v. | § | |
| WEATHERFORD INTERNATIONAL LTD. *et al*. | § § § | |
| *Defendants*. | § § § § | Civil Action No.: 6:11-cv-00299 <br><br> JURY |

## ORDER GRANTING NOTICE OF DISMISSAL

Before the Court is Plaintiff Lufkin Industries, Inc.'s Notice of Dismissal. Having considered the matter, the Court hereby dismisses this action WITHOUT prejudice.

**So ORDERED and SIGNED this 23rd day of January, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**